UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
In Admiralty

Case No.: 2:23-cv-00341-SPC-KCD

ACCELERANT SPECIALTY
INSURANCE COMPANY, and
CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON
SUBSCRIBING TO COVER NOTE
NO. B0507RN2200289,

     Plaintiff,

v.

TAKE ME THERE SAILING LLC,

     Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, ACCELERANT SPECIALTY INSURANCE COMPANY ("Accelerant") and CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO COVER NOTE NO. B0507RN2200289 ("Underwriters") (collectively, "Insurers"), and Defendant, TAKE ME THERE SAILING LLC ("Take Me There"), pursuant to Local Rule 3.09(a), hereby notify the Court that the Parties have reached a settlement in this case and have resolved all claims raised therein.

The Parties are in the process of finalizing a confidential settlement agreement and will file a Stipulation of Dismissal with the Court upon its completion and execution.

Dated: August 11, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/Tonya J. Meister* | */s/ Christina R. Coizeau* |
| Tonya J. Meister | Charles S. Davant (Lead Counsel) |
| Florida Bar No. 0629243 | Florida Bar No. 15178 |
| TonyaJMeister@aol.com | csd@davantlaw.com |
| **MEISTER LAW, LLC** | Christina R. Coizeau |
| 9300 S. Dadeland Blvd., Ste 101 | Florida Bar No. 1029105 |
| Miami, FL 33156 | crc@davantlaw.com |
| Telephone: (305) 590-5570 | **DAVANT LAW, P.A.** |
| *Attorney for Take Me There Sailing LLC* | 12 SE 7th Street, Suite 601 |
| | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 414-0400 |
| | *Attorneys for Accelerant and Underwriters* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court by using the E-Filing Portal system which will send a notice of electronic filing to all counsel or parties of record.

/s/ *Christina R. Coizeau*
Christina R. Coizeau